```
UNITED STATES DISTRICT COURT          FILED
EASTERN DISTRICT OF NEW YORK    IN CLERK'S OFFICE
                                U.S. DISTRICT COURT E.D.N.Y.
--------------------------------X
Brittany Logue                    ★  JUN 29 2012  ★

           V                      BROOKLYN OFFICE    ORDER
                                                     CV-11-4349    (JBW)
City of New York, et al
--------------------------------X
```

The above-entitled case is dismissed without prejudice to any right to reopen if the settlement is not consummated.

So Ordered

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATE: JUNE 29, 2012

